

# NUMBER 13-25-00050-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**SOUTHWIND GARDENS, LLC,**                                              **Appellant,**

**v.**

**LIDHAR DEVELOPMENT, LLC,**                                              **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on appellant's unopposed motion to dismiss appeal. The parties have entered into a settlement resolving all issues and claims and rendering this appeal moot. Appellant requests that the appeal be dismissed.

The Court, having considered the unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's

unopposed motion to dismiss appeal is granted, and the appeal is hereby dismissed. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
5th day of June, 2025.